# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION

| | |
|---|---|
| ARGO GROUP US, INC., a Delaware corporation; ARGO GROUP INTERNATIONAL HOLDINGS, LTD., a Bermuda limited company; ARGONAUT MANAGEMENT SERVICES, INC., a Delaware corporation; and ALTERIS INSURANCE SERVICES, INC., a Massachusetts corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>PROFESSIONAL GOVERNMENTAL UNDERWRITERS, INC., a Virginia corporation; and RONALD W. SEYMOUR, an individual, MICHAEL J. SCHOLL, an individual, JAMES E. MARQUIS, an individual, JOEL HIRSCH, an individual, and AMERICAN PUBLIC RISK, INC., a Virginia corporation.<br><br>    Defendants. | CASE NO. SACV 13-01787 AG(DFMx)<br><br>**STIPULATED FINAL INJUNCTION ORDER AND JUDGMENT** |

Pursuant to a Confidential Settlement Agreement and Mutual Releases ("Sealed Settlement") filed under seal concurrently, the Court hereby enters the following Stipulated Final Injunction Order and Judgment.

It is Ordered, Adjudged and Decreed that:

1. Defendants Professional Governmental Underwriters, Inc., Ronald W. Seymour, Michael J. Scholl, James E. Marquis, Joel Hirsch and American

Public Risk, Inc. (collectively the "Enjoined Parties") are each individually ENJOINED from

    a. Directly or indirectly, whether acting alone or in concert with any third party, writing or placing, directly or indirectly, any Pool or SIR segment coverage incepting on or before September 20, 2015 for any accounts with contracts/policies in force on November 13, 2013 identified on the Prohibited Customer List, attached to the Sealed Settlement as Exhibit A, provided that this injunction shall not apply to any Alteris Public Risk Solutions account with coverage in place as of November 13, 2013 which has ceased to have coverage with any of the subsidiaries of Argo Group U.S., Inc. and has placed such coverage with a third party for the preceding annual policy term; and

    b. Retaining, disclosing or using all or a portion of any documents or data described in paragraph 27 and Exhibit B of the Sealed Settlement (collectively "Exhibit B Documents").

2. Prior to December 31, 2015, soliciting for employment or employing any person who is employed by any of the Argo Entities on the date hereof.

3. Nothing contained herein shall be deemed to make any party responsible for violation of this injunction who did not participate directly, indirectly, or in concert with any other party who shall have engaged in any violation hereof; such responsibility is not a joint obligation.

4. No party may request the dissolution of the injunction granted in this Stipulated Final Injunction Order, or the vacation hereof, prior to September 15, 2015.

5. This Stipulated Final Injunction Order and Judgment shall have no further prospective effect with respect to paragraph 1 above on or after September 20, 2015.

6. Except as expressly provided herein, no other relief is granted.

DATED:  May 30, 2014

By: _____
Andrew J. Guilford
United States District Judge

*STIPULATED FINAL INJUNCTION ORDER AND JUDGMENT*